IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ERIC J. GREEN,<br><br>              Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security Administration,<br><br>              Defendant. | CV 20-91-M-KLD<br><br>ORDER |

Defendant electronically filed the certified administrative record in this matter on October 16, 2020. (Doc. 12.) **IT IS HEREBY ORDERED** that on or before **February 5, 2021,** Defendant shall submit to the Clerk's Office, at the Russell Smith Courthouse, 201 East Broadway, Missoula, MT 59802, a courtesy copy of the electronically filed certified administrative record.

DATED this 1st day of February, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1