UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ERIC J.G.,<br><br>                Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL,<br><br>                Defendant. | Case No. CV-20-091-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the Commissioner's decision denying Plaintiff's claims for disability insurance benefits and supplemental income benefits be REVERSED. This matter should be remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this opinion.

      Dated this 30th day of March, 2021.

                                                  TYLER P. GILMAN, CLERK

                                                  By: /s/ Annie Puhrmann
                                                  Annie Puhrmann, Deputy Clerk